UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

HOSSAM HELMY,

    Defendant-Movant,

v.

UNITED STATES OF AMERICA,

    Plaintiff-Respondent.
_____/

Case No. 1:25-cv-127

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the opinion and order issued this date:

**IT IS ORDERED** that judgment is entered in favor of Plaintiff-Respondent and against Defendant-Movant in this § 2255 proceeding.


Dated: February 10, 2025

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge